FEB - 4 2008

**\* 42 U.S.C. 1983 Complaint \***

Docket # _____

\*(Plaintiff)\*
Jimmy Smith

   vs.

\*(Defendant)\*
Sonia Williams-Denham

<u>Defendant Being Sued in Her
Official and Individual Capacities.</u>

**\* Preliminary Statement \***

This suit is for damages for the injuries suffered by the child of the plaintiff while in the custody and care of the defendant. The defendant failed to monitor her child who was the cause of the injuries by the plaintiff's child. Proper protocol was not followed (after) the injury incident by the alleged state licensed day care.

**\* Jurisdiction and Venue \***

(1) The court has jurisdiction over the plaintiff's claims of federal constitutional rights under 42 U.S.C. section 1331(a) and 1343.

(2) The court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. section 1367.

**\* The Parties \***

(3) The plaintiff - Jimmy Smith was living in Connecticut with his child and his mom at the time the child was injured at the day care.

(4) The defendant-Sonia Williams-Denham was the owner of the day care the plaintiff's child was injured at by her child.

(5) At all times of the allegations of this claim the defendant was acting under the color of state authority as, an alleged, state licensed day care owner.


## * The Facts *

(6) In november 2005 Sonia Williams-Denham began her business as a licensed day care facility.

(7) Sonia Williams-Denham was licensed through the state of connecticut she claims.

(8) The plaintiff's son,                s, first started day care with the defendant on December 27, 2005.

(9) In April 2006 the defendant's three year old son (threw) a metal car and hit the plaintiff's son in the (head) causing the little baby obvious injuries.

(10) The three year old was (not) being properly supervised which is how he was able to cause the injuries to the child of the plaintiff.

(11) The defendant has a state law duty to care for and protect            while in her custody at the state licensed day care. See:

C.G.S. section 19a - 87b et. Seq

(12) Defendant is (negligent) if she failed to exercise "reasonable" or "ordinary care" to protect the children in her custody from attack or assault, even mistakenly. Fret vs. Government 839 F.ed at 975-976.

(13) "ordinary care" means, the defendant must pay attention to what is going on in front of her in her business. See: Bourgeois vs. United States 375 F. Supp. at 135-136.

(14) After the injury to           , he was (not) given medical attention, his mom was notified only. The failure to get him medical attention (her self) violated her duties, See:

Countryman vs. County of Winnebago 90 Ill. Dec. 344, 135 Ill App. 384, 481 N.E. 2d 1255.

3

(15) As the case with corrections officials and inmates, the <u>constitution</u> requires day care owners to provide "reasonable safety" for the children in their care-custody. See:

<u>Helling vs. Mckinney</u> 113 S.ct. at 2480.

(16) Day care providers must take reasonable measures to protect children from assaults by other children at (her) their bussiness. <u>Farmer vs. Brennan</u> 114 S.Ct. at 1982-1984.

### * Relief Requested *

(17) The Plaintiff requests the court to grant the following:

    (a) Compensatory damages in the amount of $5,000 from the defendant in licensed, official capacity. Her liability insurance should cover this.

    (b) Punitive damages in the amount of $5,000 from the defendant in her individual capacity, personal account.

    (c) An injunction, ordering the defendant to supervise her child when running a business as the injuries could repeat.

    (d) Grant such other relief as may appear plaintiff is entitled and may need.

BY: *[signature: Jimmy Smith]*

Jimmy Smith 334426
~~CCI 334426~~
~~900 Highland Ave.~~
~~Cheshire, CT. 06410~~

1106 North Avenue
Bridgeport, CT 06604

## * Additional Information *

(1) <u>Sonia M. Williams-Denham</u>, of <u>29 Kent St. 1st. Floore</u> , at Hartford, Ct. is the owner of Michelle's place. Miss Denham on June 13, 2006 gave a sworn statement to Detective Nyenhuis at the Hartford Police Dept. She stated that in April 2006, Her son threw a metal matchbox car and hit          leaving a scratch on his forehead. See Hartford Police Dept. document attached.

(2) On 6/5/06 Social Worker Maria Hernandez conducted a link check of the child's daycare, listed as Sonia Williams-Deham, and found that in May of 2006 she was investigated for allegations of physical neglect/inadequate supervision. The report was called in by the mother of the child that Ms. Denham was caring for alleging that the child was sustaining injuries while in Mrs Denham care. See document attached.