UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JIMMY SMITH,<br>    Plaintiff, | : <br> : <br> : <br> : | |
| v. | : <br> : <br> : | Civil No. 3:08cv222 (SRU) |
| SONIA WILLIAMS-DENHAM,<br>    Defendant. | : <br> : | |

### ORDER OF DISMISSAL

Because this case alleges no facts giving rise to either federal question or diversity jurisdiction, it must be dismissed for a lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).  In his complaint, pro se plaintiff Jimmy Smith alleges there is federal question jurisdiction for this negligence suit against defendant Sonia Williams-Denham, his child's day-care provider, under 42 U.S.C. § 1983.  Smith alleges that Williams-Denham is a state actor acting under color of law because she is licensed by the State of Connecticut to run a day-care facility.

Licensing by the state is insufficient to establish a viable section 1983 claim in the absence of "a sufficiently close nexus between the State and the challenged action of the [defendant] so that the action of the latter may be fairly treated as that of the State itself." *Loce v. Time Warner Entertainment Advance/Newhouse P'ship*, 191 F.3d 256, 266 (2d Cir. 1999) (quoting *Jackson v. Metropolitan Edison Co.*, 419 U.S. 345, 351 (1974)).  Because Smith has not made the requisite showing of a close nexus between the state and Williams-Denham's day-care center, there is no federal question jurisdiction for this suit.

Furthermore, because both the plaintiff and defendant are citizens of Connecticut there is

also no diversity jurisdiction.  The case is hereby dismissed, pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction.  Dismissal is without prejudice to refiling in state court.  The clerk is instructed to close the file.

 It is so ordered.

 Dated at Bridgeport this 8th day of April 2008.

                /s/ Stefan R. Underhill
                Stefan R. Underhill
                United States District Judge